# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KAAN B GOKAY,
        Defendant.

CASE NO. 2:26-PO-00006

MAGISTRATE JUDGE JOLSON

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case be DISMISSED.

s/Kimberly A. Jolson
_____
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

3/4/2026
_____
**DATE**